# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:02CR66

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| JOVANI ZAMORA ) | |

**THIS MATTER** is before the Court on Defendant's motion to modify his sentence "based upon retroactive amendment made by the Sentencing Commission."

On review of the motion, the Court finds it to be totally without merit and it will be denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to modify his sentence is **DENIED.**

Signed: May 25, 2007

Lacy H. Thornburg
United States District Judge